IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:09cv48

| | |
|---|---|
| JOSEPH ACEBAL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| CAROLINA HOMES BY DESIGN, INC., ) | |
| ) | |
| Defendant and Third-Party ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | |
| ) | |
| RICHARD SELLINO and COY MOUTON, ) | |
| d/b/a BACK 2 BACK HOME AND LAND ) | |
| SERVICES, ) | |
| ) | |
| Third-Party Defendants. ) | |
| ) | |
| _____ ) | |

**THIS MATTER** is before the court on what has been docketed by defendant as their CIAC (#9), but which is such party's "Pre-Discovery Disclosure." Such document is clearly not a CIAC; rather, it is an initial disclosure . The Local Civil Rules provide as follows

> **LCvR 26.2 DISCOVERY MATERIAL NOT TO BE FILED UNLESS ORDERED OR NEEDED.**
> The parties shall not file any initial disclosures . . .

L.Cv.R. 26.2. Such pleading will be stricken as improvidently filed.

**ORDER**

**IT IS, THEREFORE, ORDERED** that docket entry #9 is **STRICKEN** as

improvidently filed.

Signed: September 28, 2009

Dennis L. Howell
United States Magistrate Judge